STATE OF CONNECTICUT *v.* ALPHA WILLIAM NIMS

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 378 (AC 22201), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Suzanne Zitser*, assistant public defender, in support of the petition.

*Richard F. Jacobson*, special assistant state's attorney, in opposition.

Decided September 5, 2002

ETHAN BOOK, JR. *v.* FREEDOM OF INFORMATION COMMISSION ET AL..

The plaintiff's petition for certification for appeal from the Appellate Court (AC 22359) is dismissed.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Ethan Book, Jr.*, pro se, in support of the petition.

Decided September 5, 2002